

**IN THE**
**TENTH COURT OF APPEALS**

**No. 10-23-00222-CV**

**GINGER GEURIN,**

**Appellant**

 **v.**

**BENJAMIN LIDEN AND MALOREY LIDEN,**

**Appellees**

**From the County Court at Law**
**Hill County, Texas**
**Trial Court No. CV301-23CCL**

**MEMORANDUM OPINION**

Ginger Geurin appealed the trial court's judgment rendered against her. She now requests we dismiss her appeal.

Accordingly, "Appellant's Motion to Dismiss Appeal," filed on November 3, 2023, is granted, and this appeal is dismissed. *See* Tex. R. App. P. 42.1(a)(1).

TOM GRAY
Chief Justice

Before Chief Justice Gray,
    Justice Johnson, and
    Justice Smith
Motion granted; appeal dismissed
Opinion delivered and filed November 9, 2023
[CV06]

